**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00619-CV

**DENNIS JAMES POLEDORE, JR., Appellant**

**V.**

**CHERI YLONDA POLEDORE, Appellee**

**On Appeal from the 303rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-14-13701**

## ORDER

We **GRANT** appellant's "motion for free clerk's record and clerk's summary sheet with a list of all documents on file by name/label and file number" to the extent we **DIRECT** the Clerk of the Court to send appellant a paper copy of the clerk's record filed in this appeal on May 20, 2015. On our own motion, we extend the time to file appellant's brief and **ORDER** appellant to file his brief no later than August 20, 2015.

/s/    CRAIG STODDART
       JUSTICE